I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

August 31, 2012

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2363132

TNT - 0101061

For Services Rendered Through    July 31, 2012

Current Fees

Current Disbursements

Total Current Charges

**Total Due**

**EXHIBIT**

1

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
### FOUR SEAGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

August 31, 2012
Invoice # 2363132

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

Page  2

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 04/16/12 | OUTLINE MOTION FOR SANCTIONS. | KAW | 0.3 | $ 52.50 |
| 04/17/12 | REVISE MOTION FOR SANCTIONS. | KAW | 0.6 | $ 105.00 |
| 04/18/12 | REVISE AND FINALIZE MOTION FOR SANCTIONS. | AMN | 0.6 | $ 105.00 |
| 04/18/12 | REVIEW THE MOTION FOR SANCTIONS AND FILE SAME WITH THE UNITED STATES DISTRICT COURT. | KJC | 0.5 | $ 45.00 |
| 04/19/12 | DRAFT THE CERTIFICATE OF COMPLIANCE REGARDING TO THE MOTION FOR SANCTIONS FILED WITH THE UNITED STATES DISTRICT COURT. | KJC | 0.2 | $ 18.00 |
| 04/19/12 | REVIEW RULES REGARDING CERTIFICATE OF COMPLIANCE FOR RULE 11. | KAW | 0.6 | $ 105.00 |
| 04/20/12 | PREPARE CERTIFICATE OF COMPLIANCE WITH RULE 11. | KAW | 0.5 | $ 87.50 |
| 04/20/12 | REVISIONS TO THE CERTIFICATE OF COMPLIANCE RELATING TO DEFENDANTS' MOTIONS FOR SANCTIONS AND FILE SAME WITH THE UNITED STATES DISTRICT COURT. | KJC | 0.3 | $ 27.00 |
| 04/21/12 | REVIEW SOCIAL MEDIA POSTING BY JOANNE HOREN AND EVALUATION OF PROPOSED RESPONSE THERETO | AMN | 0.6 | $ 105.00 |
| 04/23/12 | RECEIPT AND REVIEW HORENS' OPPOSITION TO MOTION TO DISMISS AND RELATED PAPERS. | AMN | 0.8 | $ 140.00 |
| 04/27/12 | RECEIPT AND REVIEW PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS | AMN | 0.4 | $ 70.00 |
| 04/27/12 | REVIEW OF THE HOREN'S OPPOSITION TO THE BOE'S MOTION FOR SANCTIONS. | KJC | 0.2 | $ 18.00 |
| 04/30/12 | DRAFT REPLY REGARDING MOTION FOR SANCTIONS. | KAW | 1.7 | $ 297.50 |

# MARSHALL & MELHORN, LLC

FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

August 31, 2012
Invoice #  2363132

Page 3

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 05/03/12 | WORK ON MEMORANDUM IN SUPPORT OF MOTION TO DISMISS. | KAW | 0.5 | $ 87.50 |
| 05/04/12 | REVIEW RELEVANT PORTIONS OF MOTION TO DISMISS AND MOTION FOR SANCTIONS FOR EVALUATION OF REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | AMN | 0.4 | $ 70.00 |
| 05/04/12 | WORK ON HOREN REPLY BRIEF REGARDING MOTION TO DISMISS AND MOTION FOR SANCTIONS. | KAW | 3.3 | $ 577.50 |
| 05/05/12 | OUTLINE REPLY IN SUPPORT OF MOTION TO DISMISS. | JKB | 1.2 | $ 156.00 |
| 05/06/12 | CONTINUE OUTLINING REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | JKB | 2.0 | $ 260.00 |
| 05/07/12 | RESEARCH LEGAL ISSUES RE TO REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | JKB | 1.2 | $ 156.00 |
| 05/07/12 | REVISE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | JKB | 3.5 | $ 455.00 |
| 05/08/12 | CONTINUE WORK ON DRAFT OF REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | JKB | 3.3 | $ 429.00 |
| 05/08/12 | REVISE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND IN SUPPORT OF SANCTIONS. | KAW | 1.3 | $ 227.50 |
| 05/11/12 | WORK ON REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND MOTION IN SUPPORT OF SANCTIONS. | KAW | 2.0 | $ 350.00 |

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

August 31, 2012
Invoice # 2363132

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | | Amount |
|------|------------------------|------|-------|---|--------|
| 05/12/12 | WORK ON REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR SANCTIONS. | KAW | 3.0 | $ | 525.00 |
| 05/13/12 | CONTINUE WORK ON HOREN MEMORANDUMS TO DISMISS AND FOR SANCTIONS. | KAW | 1.8 | $ | 315.00 |
| 05/14/12 | REVISE REPLY MEMORANDUMS REGARDING MOTION TO DISMISS AND MOTION FOR SANCTIONS. | KAW | 2.5 | $ | 437.50 |
| 05/15/12 | FILE DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF PARTIAL MOTION TO DISMISS AND THE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS WITH THE U.S. DISTRICT COURT. | KJC | 0.4 | $ | 36.00 |
| 05/15/12 | REVIEW AND REVISE PORTIONS OF TPS'S REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS AND FOR SANCTIONS | AMN | 0.4 | $ | 70.00 |
| 05/15/12 | FINALIZE MEMORANDUMS REGARDING MOTION TO DISMISS AND FOR SANCTIONS. | KAW | 2.4 | $ | 420.00 |
| 06/05/12 | REVIEW INITIAL ROUND OF ARTICLES AND REFERENCES IN NEWSPAPER TO HORENS AND REVIEW DOCKET SHEETS IN VARIOUS LAWSUITS INVOLVING THE HORENS IN RELATION TO ATTORNEYS FEES IN MATTERS FOR SANCTIONS. | AMN | 0.4 | $ | 70.00 |
| 06/06/12 | ADDITIONAL RESEARCH REGARDING LETTERS TO THE EDITOR/NEWSPAPER ARTICLES SUBMITTED CONCERNING OR WRITTEN BY THE HORENS FOR ISSUE OF ATTORNEYS FEES IN MOTION FOR SANCTIONS. | KJC | 0.5 | $ | 45.00 |
| 06/06/12 | REVIEW LETTERS TO THE EDITOR AND OTHER NEWSPAPER ARTICLES SUBMITTED BY THE HORENS FOR ATTORNEYS FEES IN MOTION FOR SANCTIONS. | AMN | 0.5 | $ | 87.50 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

August 31, 2012
Invoice #  2363132

Page 5

## TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 06/11/12 | REVIEW ADDITIONAL CASE AND STATUTORY LAW REGARDING POSSIBLE STEP TO TAKE TO SECURE ATTORNEYS' FEES. | AMN | 0.7 | $ 122.50 |

Total Fees $

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|

Total Disbursements $

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING:  419-249-7188
FIRM:  419-249-7100

TERMS:  NET 30 DAYS

September 24, 2012

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH  43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2363676

TNT - 0101061

For Services Rendered Through    August 31, 2012

| | |
|---|---|
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

September 24, 2012
Invoice # 2363676

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | | Amount |
|------|------------------------|------|-------|---|--------|
| 08/01/12 | REVIEW MOST RECENT FACEBOOK POSTINGS BY MRS HOREN FOR POSSIBLE USE IN MOTION TO DISMISS AND FOR SANCTIONS AND ATTORNEYS' FEES | AMN | 0.4 | $ | 70.00 |
| 08/08/12 | RECEIPT AND REVIEW OF COURT ORDER GRANTING PARTIAL MOTION TO DISMISS; DRAFT SHORT ANALYSIS OF REMAINING CLAIMS AND DISCOVERY ISSUES. | JKB | 0.5 | $ | 65.00 |
| 08/14/12 | REVIEW COURT'S SCHEDULING ORDER REGARDING DISCOVERY HELD IN ABEYANCE UNTIL MOTION TO DISMISS DECIDED AND PLAN FOR MOVING FORWARD WITH | AMN | 0.3 | $ | 52.50 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC

FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS:  NET 30 DAYS

September 24, 2012
Invoice #  2363676

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | DISCOVERY | | | |
| 08/14/12 | REVIEW MOST CURRENT HOREN FACEBOOK POSTINGS FOR POSSIBLE LATER USE IN ATTORNEYS' FEE MOTION | AMN | 0.4 | $  70.00 |

**Total Fees $**

| Date | Disbursement Description | | Task/Activity | $ | Amount |
|------|------------------------|---|---------------|---|--------|

**Total Disbursements $**

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

October 10, 2012
Invoice # 2364238

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 09/20/12 | RECEIPT AND REVIEW COURT ORDER REGARDING MOTION FOR SANCTIONS, DISCOVERY AND OTHER ISSUES | AMN | 0.2 | $ 35.00 |

**Total Fees $**

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

November 19, 2012

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2365322

TNT - 0101061

For Services Rendered Through    October 31, 2012

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

I.D. # 34-4418604

TERMS: NET 30 DAYS

November 19, 2012
Invoice # 2365322

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 10/01/12 | REVIEW LAW REGARDING FOLLOW UP AND REPLY TO MOTION TO DISMISS | AMN | 0.6 | $ 105.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC

FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

November 19, 2012
Invoice #  2365322

Page 3

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|      |                        |      |       |        |

Total Fees $

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|
|      |                        |               |   |        |

Total Disbursements $

LAW OFFICES OF

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

January 31, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH  43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2367090

TNT - 0101061

For Services Rendered Through    December 31, 2012

Current Fees

Total Current Charges

**Total Due**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

January 31, 2013
Invoice # 2367090

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12/26/12 | REVIEW PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION TO DEFENDANTS | AMN | 0.3 | $ 52.50 |
| 12/27/12 | BEGIN DRAFTING RESPONSES TO DISCOVERY REQUESTS. | JKB | 0.5 | $ 65.00 |

**Total Fees $**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

March 21, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2368331

TNT - 0101061

For Services Rendered Through    January 31, 2013

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

March 21, 2013
Invoice # 2368331

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

Page 2

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01/04/13 | CONTINUE DRAFTING DISCOVERY RESPONSES. | JKB | 5.8 | $ 754.00 |
| 01/04/13 | REVIEW EXHIBITS TO PRIOR DUE PROCESS COMPLAINTS FOR USE IN PREPARATION OF ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION | AMN | 0.7 | $ 122.50 |
| 01/08/13 | CONTINUE DRAFTING DISCOVERY RESPONSES. | JKB | 1.7 | $ 221.00 |
| 01/08/13 | REVISE DRAFT ANSWERS TO INTERROGATORIES REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION OF PLAINTIFF | AMN | 0.6 | $ 105.00 |
| 01/10/13 | REVIEW DOCUMENTS TO PRODUCE IN RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS. | JKB | 2.5 | $ 325.00 |
| 01/10/13 | PREPARE AND REVISE PORTIONS OF RESPONSES TO PLAINTIFF'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, REQUESTS FOR ADMISSION | AMN | 0.7 | $ 122.50 |
| 01/15/13 | REVISE RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS. | JKB | 4.4 | $ 572.00 |
| 01/15/13 | REVIEW DOCUMENTS TO PRODUCE IN RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS. | JKB | 0.6 | $ 78.00 |
| 01/15/13 | REVIEW SPECIFIC DOCUMENTS FROM TPS FOR USE IN RESPONSES TO PLAINTIFF'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION | AMN | 1.9 | $ 332.50 |
| 01/15/13 | REVIEW CERTAIN RESPONSES TO PLAINTIFF'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION | AMN | 0.6 | $ 105.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
### FOUR SEGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

March 21, 2013
Invoice #  2368331

Page 3

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01/17/13 | RECEIPT AND REVIEW DOCUMENTS FROM MS DAY FOR PRODUCTION TO HORENS IN RESPONSE TO THEIR REQUESTS FOR PRODUCTION OF DOCUMENTS | AMN | 0.6 | $ 105.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

March 21, 2013
Invoice #  2368331

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01/21/13 | REVISIONS TO THE BOARD OF EDUCATION'S DISCOVERY RESPONSES. | KJC | 0.6 | $ 54.00 |
| 01/21/13 | PREPARE DOCUMENTS TO BE PRODUCED. | KJC | 1.0 | $ 90.00 |
| 01/22/13 | REVISE AND FINALIZE CERTAIN ANSWERS TO INTERROGATORIES AND REQUESTS FOR ADMISSION AND OBJECTIONS | AMN | 1.2 | $ 210.00 |
| 01/22/13 | RECEIPT AND REVIEW ADDITIONAL DOCUMENTS FROM MS DAY TO INCLUDE IN RESPONSES TO  REQUESTS FOR PRODUCTION OF DOCUMENTS | AMN | 0.4 | $ 70.00 |
| 01/23/13 | FINAL REVISIONS TO THE BOARD'S ANSWERS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS. | KJC | 0.6 | $ 54.00 |
| 01/23/13 | FINAL PREPARATION OF THE DOCUMENTS TO BE PRODUCED TO PLAINTIFFS. | KJC | 0.9 | $ 81.00 |
| 01/23/13 | MEETING WITH MS SPANGLER TO REVIEW TPS'S ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION WITH MS | AMN | 0.4 | $ 70.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

March 21, 2013
Invoice # 2368331

Page 5

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | SPANGLER AS SIGNATORY | | | |
| 01/23/13 | PREPARE CERTAIN OF TPS'S ANSWERS TO INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION | AMN | 0.6 | $ 105.00 |
| 01/31/13 | REVIEW OF THE HORENS' MOTION FOR PARTIAL SUMMARY JUDGMENT. | KJC | 0.3 | $ 27.00 |
| 01/31/13 | RECEIPT AND REVIEW HORENS' PARTIAL MOTION FOR SUMMARY JUDGMENT AND RELATED AFFIDAVIT AND EXHIBITS | AMN | 0.4 | $ 70.00 |

Total Fees $

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|

Total Disbursements $     11.20

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

April 12, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2368756

TNT - 0101061

For Services Rendered Through    February 28, 2013

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

April 12, 2013
Invoice # 2368756

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02/01/13 | REVIEW OF THE HOREN MOTION FOR PARTIAL SUMMARY JUDGMENT. | KJC | 0.5 | $ 45.00 |
| 02/01/13 | SEVERAL EXTENDED CONFERENCES WITH JUDGE CARR'S COURTROOM DEPUTY CONCERNING DOCUMENTS PROVIDED TO THE COURT BY PLAINTIFF ON CD. | KJC | 0.6 | $ 54.00 |
| 02/01/13 | REVIEW VOLUMINOUS DOCUMENTS HORENS USE AS EXHIBITS TO MOTION FOR SUMMARY JUDGMENT | AMN | 0.8 | $ 140.00 |
| 02/04/13 | AT THE U.S. DISTRICT COURT TO RETRIEVE DOCUMENTS SUBMITTED BY GLENN HOREN IN SUPPORT OF HIS MOTION FOR PARTIAL JUDGMENT. | KJC | 0.5 | $ 45.00 |
| 02/04/13 | REVIEW OF DOCUMENTS SUBMITTED BY GLENN HOREN IN SUPPORT OF HIS PARTIAL MOTION FOR SUMMARY JUDGMENT AND BEGIN DRAFT OF INDEX OF SAME. | KJC | 3.6 | $ 324.00 |
| 02/04/13 | OUTLINE OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT. | JKB | 0.5 | $ 65.00 |
| 02/05/13 | BEGIN DRAFTING OPPOSITION TO MOTION FOR PARTIAL MOTION FOR SUMMARY JUDGMENT. | JKB | 1.0 | $ 130.00 |
| 02/05/13 | REVIEW OF THE HOREN MOTION FOR PARTIAL SUMMARY JUDGMENT AND IDENTIFY THE EXHIBIT CITATIONS. | KJC | 1.1 | $ 99.00 |
| 02/05/13 | PREPARE PORTION OF BRIEF IN OPPOSITION TO HORENS' MOTION FOR PARTIAL SUMMARY JUDGMENT | AMN | 0.9 | $ 157.50 |
| 02/05/13 | PREPARE PORTION OF MOTION TO STRIKE EVIDENCE SUBMITTED BY HORENS | AMN | 0.5 | $ 87.50 |
| 02/07/13 | CONTINUE REVIEW AND ANALYSIS OF THE DOCUMENTS THAT GLENN HOREN PRODUCED ON CD IN SUPPORT OF HIS | KJC | 1.6 | $ 144.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

April 12, 2013
Invoice # 2368756

Page 3

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | MOTION FOR PARTIAL SUMMARY JUDGMENT. | | | |
| 02/07/13 | REVIEW VOLUMINOUS EXHIBITS SUBMITTED BY HORENS AS PART OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT | AMN | 0.9 | $ 157.50 |
| 02/07/13 | REVIEW PORTIONS OF VOLUMINOUS RECORDS PRODUCED BY HORENS IN CONNECTION WITH THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT | AMN | 1.3 | $ 227.50 |
| 02/08/13 | RESEARCH LEGAL ISSUES RE MOTION FOR SANCTIONS AND MOTION TO STRIKE BASED ON VOLUMINOUS SUBMISSION OF INADMISSIBLE EXHIBITS. (AP. PETER ROXIO 2/6/13) | JKB | 2.1 | $ 273.00 |
| 02/08/13 | ATTENTION TO DRAFT AND REVISIONS TO THE LIST OF EXHIBITS PRODUCED BY THE HORENS WITH THE MOTION FOR PARTIAL SUMMARY JUDGMENT. | KJC | 0.8 | $ 72.00 |
| 02/08/13 | REVIEW CASE LAW AND RELATED DOCUMENTS REGARDING HORENS' INAPPROPRIATE SUBMISSION OF INADMISSIBLE EVIDENCE | AMN | 0.5 | $ 87.50 |
| 02/11/13 | PREPARE ALL EXHIBITS CITED BY THE HORENS IN THE MOTION FOR PARTIAL SUMMARY JUDGMENT FOR CHALLENGE ADMISSIBILITY. | KJC | 1.1 | $ 99.00 |
| 02/13/13 | BEGIN DRAFTING OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT. | JKB | 0.8 | $ 104.00 |
| 02/14/13 | REVIEW OF TPS DOCUMENTS TO ATTEMPT TO DETERMINE THE EXACT DATE THE D.H. WAS REMOVED FROM TPS ENROLLMENT RECORDS TO SUBMIT AS EVIDENCE TO THE OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT. | KJC | 0.7 | $ 63.00 |
| 02/14/13 | CONTINUE DRAFTING OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT.(AP. PETER ROXIO 2/6/13) | JKB | 2.7 | $ 351.00 |

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

April 12, 2013
Invoice # 2368756

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | | Amount |
|------|-------------------------|------|-------|---|--------|
| 02/14/13 | RESEARCH ISSUES RE OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT. (AP. PETER ROXIO 2/6/13) | JKB | 1.0 | $ | 130.00 |
| 02/15/13 | REVIEW ALL TPS DOCUMENTS RE WITHDRAWAL ISSUE FOR INCLUSION IN RESPONSE TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT. | JKB | 0.7 | $ | 91.00 |
| 02/15/13 | REVIEW OF HEARING EXHIBITS TO ATTEMPT TO CONFIRM DATE THAT D.H. WAS WITHDRAWN FROM TPS. | KJC | 0.9 | $ | 81.00 |
| 02/15/13 | RECEIPT AND REVIEW WITHDRAWAL DOCUMENTS FROM TPS FOR USE IN AFFIDAVIT | AMN | 0.3 | $ | 52.50 |
| 02/15/13 | LETTER TO MR MURPHY REGARDING WITHDRAWAL INFORMATION NEEDED TO INCLUDE IN AFFIDAVIT | AMN | 0.2 | $ | 35.00 |
| 02/18/13 | CONTINUE DRAFTING OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT. (AP. ROXIO 2/6/13) | JKB | 3.1 | $ | 403.00 |
| 02/19/13 | CONTINUE DRAFTING OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT.(AP. ROXIO 2/6/13) | JKB | 3.9 | $ | 507.00 |
| 02/19/13 | DRAFT AFFIDAVITS FOR TPS PERSONNEL IN SUPPORT OF OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT.(AP. ROXIO 2/6/13) | JKB | 1.3 | $ | 169.00 |
| 02/20/13 | CONTINUE DRAFTING OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT.(AP. ROXIO 2/6/13) | JKB | 5.1 | $ | 663.00 |
| 02/20/13 | PREPARE FOR AND ASSIST WITH BEGINNING PREPARATION OF THE BOE'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT. | KJC | 0.5 | $ | 45.00 |
| 02/20/13 | PREPARE PORTIONS OF OPPOSITION TO HORENS MOTION FOR SUMMARY JUDGMENT | AMN | 0.7 | $ | 122.50 |
| 02/21/13 | CONTINUE DRAFTING OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT.(AP. ROXIO 2/6/13) | JKB | 2.2 | $ | 286.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

April 12, 2013
Invoice # 2368756

TOLEDO BOARD OF EDUCATION

Page 5

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02/21/13 | CONFERENCE WITH JUDGE CARR'S COURTROOM DEPUTY REGARDING FILING THE ADMINISTRATIVE RECORD IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO THE HOREN MOTION FOR PARTIAL SUMMARY JUDGMENT. | KJC | 0.2 | $ 18.00 |
| 02/26/13 | REVIEW OF THE OPPOSITION TO HORENS PARTIAL MOTION FOR SUMMARY JUDGMENT AND THE BOARD OF EDUCATION'S MOTION FOR SUMMARY JUDGMENT AND DRAFT THE TABLE OF CONTENTS AND TABLE OF AUTHORITIES FOR EACH FILING. | KJC | 1.6 | $ 144.00 |
| 02/26/13 | RETRIEVE THE UNREPORTED CASES TO BE FILED WITH THE OPPOSITION AND THE BOARD OF EDUCATION'S MOTION FOR SUMMARY JUDGMENT. | KJC | 0.3 | $ 27.00 |
| 02/26/13 | PREPARE PORTIONS OF OPPOSITION TO HORENS' MOTION FOR SUMMARY JUDGMENT | AMN | 1.2 | $ 210.00 |
| 02/26/13 | PREPARE PORTIONS OF AFFIDAVITS OF MR MURPHY, MS HANNA AND MS KILBRIDE TO SUBMIT IN CONNECTION WITH OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | AMN | 0.9 | $ 157.50 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
### FOUR SEGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

April 12, 2013
Invoice # 2368756

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02/27/13 | ASSIST WITH PREPARATION AND REVISIONS TO THE BOARD OF EDUCATION'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO THE HOREN MOTION FOR PARTIAL SUMMARY JUDGMENT. | KJC | 2.4 | $ 216.00 |
| 02/27/13 | FINALIZE OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT (AP. PETER ROXIO 2/6/13) | JKB | 1.7 | $ 221.00 |
| 02/27/13 | RESEARCH LEGAL ISSUES RE: ATTORNEY FEES/SANCTIONS RE: PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT (AP. PETER ROXIO 2/6/13) | DPM | 2.1 | $ 273.00 |
| 02/27/13 | MEETING WITH MS HANNA REGARDING HER AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT | AMN | 0.7 | $ 122.50 |
| 02/27/13 | DRAFT PORTIONS OF AFFIDAVIT OF SUSAN HANNA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | AMN | 0.4 | $ 70.00 |
| 02/27/13 | DRAFT PORTIONS OF BRIEF IN OPPOSITION TO HORENS' PARTIAL MOTION FOR SUMMARY JUDGMENT | AMN | 1.5 | $ 262.50 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02/28/13 | PREPARE AND REVISIONS TO THE BOARD OF EDUCATION'S MOTION FOR SUMMARY JUDGMENT AND THE OPPOSITION TO THE HOREN MOTION FOR PARTIAL SUMMARY JUDGMENT INCLUDING FINALIZING THE TABLE OF CONTENTS AND TABLE OF AUTHORITIES AND COMPILING AND PREPARING EXHIBITS AND APPENDIX TO BE SUBMITTED TO THE COURT. | KJC | 4.3 | $ 387.00 |

**Total Fees $**

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|

**Total Disbursements $**

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

# MARSHALL & MELHORN, LLC
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

TERMS: NET 30 DAYS

April 24, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2368965

TNT - 0101061

For Services Rendered Through    March 31, 2013

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
### FOUR SEAGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

April 24, 2013
Invoice # 2368965

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

Page 2

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03/01/13 | REVISIONS TO THE OPPOSITION TO THE HOREN'S MOTION FOR SUMMARY JUDGMENT AND FILE SAME WITH THE U.S. DISTRICT COURT. | KJC | 0.8 | $ 72.00 |
| 03/01/13 | PREPARE APPENDIX DOCUMENTS TO BE SUBMITTED IN CONNECTION WITH THE BOE'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO THE HOREN'S MOTION FOR SUMMARY JUDGMENT. | KJC | 0.8 | $ 72.00 |
| 03/28/13 | REVIEW COURT ORDER GRANTING CONTINUANCE FOR OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND | AMN | 0.1 | $ 17.50 |

# MARSHALL & MELHORN, LLC
### FOUR SEGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

April 24, 2013
Invoice #  2368965

TOLEDO BOARD OF EDUCATION

Page 3

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | RELATED ITEMS | | | |
| 03/28/13 | REVIEW ORDER FROM COURT REGARDING CANCELLATION OF SETTLEMENT PRETRIAL CONFERENCE | AMN | 0.1 | $ 17.50 |

Total Fees $

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|

Total Disbursements $

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

May 28, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2369903

TNT - 0101061

For Services Rendered Through    April 30, 2013

Current Fees

Current Disbursements

Total Current Charges

**Total Due**

# MARSHALL & MELHORN, LLC
**FOUR SEAGATE**
**EIGHTH FLOOR**
**TOLEDO, OHIO 43604**

I.D. # 34-4418604

TERMS: NET 30 DAYS

May 28, 2013
Invoice # 2369903

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

Page 2

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 04/15/13 | ANALYZE PLAINTIFF'S MOTION TO AMEND COMPLAINT. | JKB | 0.2 | $ 26.00 |
| 04/15/13 | ANALYZE PLAINTIFF'S OPPOSITION TO TPS MOTION FOR SUMMARY JUDGMENT. | JKB | 0.7 | $ 91.00 |
| 04/15/13 | REVIEW MOTION TO AMEND COMPLAINT FILED BY PLAINTIFF HORENS | AMN | 0.2 | $ 35.00 |
| 04/19/13 | DRAFT OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE CASES. | JKB | 2.7 | $ 351.00 |
| 04/19/13 | BEGIN DRAFTING OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT. | JKB | 1.5 | $ 195.00 |
| 04/21/13 | CONTINUE DRAFTING OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT. | JKB | 3.5 | $ 455.00 |
| 04/21/13 | RESEARCH IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT. | JKB | 1.2 | $ 156.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

May 28, 2013
Invoice #  2369903

TOLEDO BOARD OF EDUCATION

Page 3

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | | Amount |
|------|------------------------|------|-------|---|--------|
| 04/22/13 | FINISH DRAFTING OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT. | JKB | 3.4 | $ | 442.00 |
| 04/22/13 | PREPARE PORTIONS OF DEFENDANTS' OPPOSITION TO HORENS' MOTION TO AMEND THE COMPLAINT | AMN | 0.5 | $ | 87.50 |
| 04/24/13 | REVIEW OF DEFENDANTS OPPOSITIONS TO THE MOTION TO CONSOLIDATE AND MOTION TO AMEND COMPLAINT. | KJC | 0.3 | $ | 27.00 |

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

May 28, 2013
Invoice #  2369903

TOLEDO BOARD OF EDUCATION

Page 4

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|      |                        |      |       |        |

**Total Fees $**

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|
| 04/30/13 | DOCUMENT REPRODUCTION; 83 COPIES @ .05 PER COPY | E101/A111 | $ | 4.15 |
| 04/30/13 | PACER ; DISTRICT OF COLUMBIA DISTRICT COURT - 8 PAGES @ .10 PER PAGE | E112/CNV | $ | 0.80 |
| 04/30/13 | PACER ; OHIO NORTHERN DISTRICT COURT - 8 COPIES @ .10 PER PAGE | E112/A199 | $ | 0.80 |
| 04/30/13 | PACER ; OHIO NORTHERN DISTRICT COURT - 67 COPIES @ .10 PER PAGE | E112/A199 | $ | 6.70 |
| 04/30/13 | PACER ; OHIO NORTHERN DISTRICT COURT - 59 COPIES @ .10 PER PAGE | E112/A199 | $ | 5.90 |
| 04/30/13 | PACER ; OHIO NORTHERN DISTRICT COURT - 150 COPIES @ .10 PER PAGE | E112/A199 | $ | 15.00 |
| 04/30/13 | PACER ; OHIO NORTHERN DISTRICT COURT - 124 COPIES @ .10 PER PAGE | E112/A199 | $ | 12.40 |
| 04/30/13 | PACER ; OHIO NORTHERN DISTRICT COURT - 11 COPIES @ .10 PER PAGE | E112/A199 | $ | 1.10 |
| 04/30/13 | PACER ; OHIO NORTHERN DISTRICT COURT - 6 COPIES @ .10 PER PAGE | E112/A199 | $ | 0.60 |

**Total Disbursements $**    47.45

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
### FOUR SEAGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

June 18, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2370370

TNT - 0101061

For Services Rendered Through    May 31, 2013

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
## FOUR SEAGATE
### EIGHTH FLOOR
#### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

June 18, 2013
Invoice # 2370370

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

Page 2

| Date | Description of Services | Atty | Hours | | Amount |
|------|------------------------|------|-------|---|--------|
| 05/01/13 | RECEIPT AND REVIEW HORENS' REPLY BRIEF TO TPS'S REPLY TO HORENS MOTION TO CONSOLIDATE | AMN | 0.3 | $ | 52.50 |
| 05/01/13 | RECEIPT AND REVIEW HORENS' REPLY TO TPS'S REPLY TO HORENS' MOTION TO AMEND PLEADINGS | AMN | 0.2 | $ | 35.00 |
| 05/01/13 | REVIEW OF THE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT. | KJC | 0.4 | $ | 36.00 |
| 05/01/13 | REPLY OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINT | KJC | 0.3 | $ | 27.00 |
| 05/02/13 | REVIEW PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO AMEND THE COMPLAINT. | JKB | 0.1 | $ | 13.00 |
| 05/02/13 | REVIEW PLAINTIFF'S REPLY IN SUPPORT OF HIS PARTIAL MOTION FOR SUMMARY JUDGMENT. | JKB | 0.3 | $ | 39.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
### FOUR SEGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

June 18, 2013
Invoice #  2370370

Page 3

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 05/31/13 | REVIEW OF THE COURTS DETAILED OPINION ON THE RULING OF THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT. | KJC | 0.5 | $ 45.00 |
| 05/31/13 | REVIEW OPINION BY JUDGE CARR AS TO MOTION FOR SUMMARY JUDGMENT AND OTHER PENDING MOTIONS | AMN | 0.5 | $ 87.50 |
| 05/31/13 | REVIEW HORENS' MOTION FOR CLARIFICATION AND MEMORANDUM IN SUPPORT | AMN | 0.3 | $ 52.50 |

Total Fees $

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
## FOUR SEAGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

June 18, 2013
Invoice # 2370370

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------|------|------|------|
| | | | | |

**Total Disbursements $**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

July 19, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2371197

TNT - 0101061

For Services Rendered Through    June 30, 2013

Current Fees

Current Disbursements

Total Current Charges

**Total Due**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
### FOUR SEAGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

July 19, 2013
Invoice # 2371197

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 06/25/13 | REVIEW HORENS' NOTICE OF APPEAL AND RELATED PAPERS | AMN | 0.2 | $ 35.00 |
| 06/26/13 | ATTENTION TO PROCEDURES FOR THE SIXTH CIRCUIT COURT OF APPEALS. | KJC | 0.8 | $ 72.00 |
| 06/26/13 | REVIEW SIXTH CIRCUIT APPELLATE RULES RE TIMING AND CONTENT OF BRIEF. | JKB | 0.7 | $ 91.00 |

Total Fees $

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|

Total Disbursements $

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

August 20, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2371844

TNT - 0101061

For Services Rendered Through   July 31, 2013

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

# MARSHALL & MELHORN, LLC
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

August 20, 2013
Invoice # 2371844

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | | Amount |
|------|------------------------|------|-------|---|--------|
| 07/01/13 | ASSIST WITH PREPARATION OF INITIAL APPEAL PAPERS. | KJC | 0.5 | $ | 45.00 |
| 07/09/13 | RESEARCHED RULE 11 AND FRAP 38 REQUIRING A SEPARATE MOTION TO FOR SANCTIONS BASED ON A FRIVOLOUS APPEAL. | SAN | 2.3 | $ | 322.00 |
| 07/10/13 | RESEARCHED RULE 11 AND FRAP 38 REQUIRING A SEPARATE MOTION TO FOR SANCTIONS BASED ON A FRIVOLOUS APPEAL. | SAN | 1.1 | $ | 154.00 |

Total Fees $     566.00

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|

LAW OFFICES OF

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

August 20, 2013
Invoice # 2371844

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|
| 07/25/13 | PACER ; OHIO NORTHERN DISTRICT COURT - 8 COPIES @ .10 PER PAGE | E112/A199 | $ | 0.80 |
| 07/26/13 | L/D TELEPHONE | E105/A111 | $ | 0.40 |

**Total Disbursements $**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

September 20, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2372533

TNT - 0101061

For Services Rendered Through   August 31, 2013

Current Fees
Total Current Charges

**Total Due**

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

September 20, 2013
Invoice # 2372533

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

Page  2

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 08/02/13 | FILE THE ATTORNEY APPEARANCE FOR MS. NATYSHAK AND ALSO THE CORPORATE DISCLOSURE WITH THE SIXTH CIRCUIT COURT OF APPEALS. | KJC | 0.2 | $ 18.00 |
| 08/23/13 | REVIEW OF THE SIXTH CIRCUIT'S DOCKET FOR THE APPELLATE BRIEF. | KJC | 0.1 | $ 9.00 |
| 08/26/13 | REVIEW OF THE HORENS' APPELLATE BRIEF | KJC | 0.5 | $ 45.00 |
| 08/26/13 | REVIEW OF THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE SIXTH CIRCUIT LOCAL RULES REGARDING FORMAT AND BRIEFING REQUIREMENTS. | KJC | 0.3 | $ 27.00 |
| 08/29/13 | RETRIEVE AND REVIEW CASE LAW CITED IN MR. HOREN'S APPELLATE BRIEF. | KJC | 1.2 | $ 108.00 |

**Total Fees $**

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

October 16, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2373375

TNT - 0101061

For Services Rendered Through    September 30, 2013

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

October 16, 2013
Invoice # 2373375

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 09/03/13 | REVIEW FEDERAL AND SIXTH CIRCUIT APPELLATE RULES FOR BRIEF REQUIREMENTS, APPENDIX, DOCUMENTS TO INCLUDE IN RECORD. | JKB | 0.7 | $ 91.00 |
| 09/03/13 | REVIEW HORENS' APPELLATE BRIEF. | JKB | 0.2 | $ 26.00 |
| 09/03/13 | OUTLINE APPELLATE BRIEF. | JKB | 1.4 | $ 182.00 |
| 09/09/13 | RESEARCH ISSUES RELATED TO WAIVER OF ISSUES ON APPEAL IF NOT ADDRESSED IN PRINCIPAL BRIEF AND APPROPRIATE CONTENT OF REPLY BRIEF. | JKB | 0.9 | $ 117.00 |
| 09/10/13 | BEGIN DRAFTING APPELLATE BRIEF. (AP. P. ROXO 9/12/13) | JKB | 2.9 | $ 377.00 |
| 09/10/13 | CONFERENCE WITH THE U.S. DISTRICT COURT REGARDING THE APPENDIX CD. | KJC | 0.2 | $ 18.00 |
| 09/12/13 | CONTINUE DRAFTING APPELLATE BRIEF. | JKB | 0.9 | $ 117.00 |
| 09/13/13 | CONTINUE DRAFTING APPELLATE BRIEF. (AP. P. ROXO 9/12/13) | JKB | 7.3 | $ 949.00 |
| 09/17/13 | CONTINUE DRAFTING APPELLATE BRIEF (AP. P. ROXO 9/12/2013) | JKB | 2.5 | $ 325.00 |
| 09/18/13 | CONTINUE DRAFTING APPELLATE BRIEF. (AP. P. ROXO 9/12/13) | JKB | 7.9 | $ 1,027.00 |
| 09/18/13 | RESEARCH ISSUES RELATED TO TOLLING OF STATUTE OF LIMITATIONS, DUE PROCESS, WAIVER OF ARGUMENTS. (AP. P. ROXO 9/12/13) | JKB | 1.7 | $ 221.00 |
| 09/18/13 | SEVERAL CONFERENCES WITH THE SIXTH CIRCUIT CLERK'S OFFICE REGARDING THE APPENDIX DOCUMENTS. | KJC | 0.3 | $ 27.00 |
| 09/18/13 | REVIEW OF APPENDIX MATERIALS TO BE PROVIDED TO THE SIXTH CIRCUIT COURT OF APPEALS. | KJC | 0.6 | $ 54.00 |
| 09/19/13 | ASSIST WITH PREPARATION OF THE APPELLEE BRIEF. | KJC | 1.2 | $ 108.00 |
| 09/20/13 | CONTINUE DRAFTING APPELLATE BRIEF. (AP. P. ROXO 9/12/13) | JKB | 4.3 | $ 559.00 |
| 09/20/13 | DRAFT THE INDEX TO THE APPENDIX CD TO BE PROVIDED TO THE SIXTH CIRCUIT COURT OF APPEALS. | KJC | 3.5 | $ 315.00 |
| 09/20/13 | DRAFT OF THE APPELLEE BRIEF TABLE OF AUTHORITIES. | KJC | 1.1 | $ 99.00 |
| 09/22/13 | PREPARE PORTIONS OF APPELLATE BRIEF ON BEHALF OF TPS | AMN | 1.1 | $ 192.50 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

October 16, 2013
Invoice # 2373375

Page 3

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | | Amount |
|------|------------------------|------|-------|---|--------|
| | DEFENDANTS | | | | |
| 09/23/13 | ASSIST WITH PREPARATION AND REVISIONS TO THE APPELLEE BRIEF, APPENDIX AND APPENDIX INDEX. | KJC | 3.7 | $ | 333.00 |
| 09/24/13 | ASSIST WITH THE PREPARATION OF THE APPELLEE BRIEF AND APPENDIX. | KJC | 3.1 | $ | 279.00 |
| 09/24/13 | MAKE FINAL REVISIONS TO APPELLATE BRIEF. | JKB | 5.2 | $ | 676.00 |
| 09/24/13 | REVISIONS TO PORTIONS OF APPELLATE BRIEF ON BEHALF OF TPS | AMN | 0.7 | $ | 122.50 |
| 09/25/13 | FINAL REVISIONS TO THE APPELLEE BRIEF AND FILE SAME WITH THE SIXTH CIRCUIT COURT OF APPEALS. | KJC | 2.7 | $ | 243.00 |
| 09/25/13 | DRAFT AND FORWARD BOTH EMAIL AND HARD COPY COMMUNICATIONS TO MR. HOREN PROVIDING COPY OF APPELLEE BRIEF AND APPENDIX CD. | KJC | 0.5 | $ | 45.00 |
| 09/25/13 | FINAL REVISIONS TO PORTIONS OF APPELLATE BRIEF FILED ON BEHALF OF TPS | AMN | 0.7 | $ | 122.50 |

**Total Fees $**

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|
| 09/30/13 | DOCUMENT REPRODUCTION; 56 COPIES @ .05 PER COPY | E101/A111 | $ | 2.80 |
| 09/30/13 | POSTAGE | E108/A111 | $ | 3.12 |
| 09/30/13 | L/D TELEPHONE | E105/A111 | $ | 1.62 |

**Total Disbursements $**      7.54

LAW OFFICES OF

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

November 12, 2013

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH  43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2373955

TNT - 0101061

For Services Rendered Through    October 31, 2013

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

# MARSHALL & MELHORN, LLC

FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

November 12, 2013
Invoice # 2373955

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | | Amount |
|------|------------------------|------|-------|---|--------|
| 10/15/13 | REVIEW HORENS' REPLY APPELLATE BRIEF | AMN | 0.3 | $ | 52.50 |
| 10/16/13 | REVIEW ADDITIONAL DOCUMENTS PROVIDED BY TPS FOR POSSIBLE SUBMISSION TO COURT | AMN | 0.5 | $ | 87.50 |

**Total Fees $**

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|-------------------------|---------------|---|--------|
| 10/15/13 | COURIER SERVICE; FEDERAL EXPRESS TO U.S. COURT OF APPEALS, 6TH CIRCUIT IN CINCINNATI, OH ON 9/24/2013; FEDERAL EXPRESS CORP. | E107/A199 | $ | 24.45 |
| 10/31/13 | DOCUMENT REPRODUCTION; 443 COPIES @ .05 PER COPY | E101/A111 | $ | 22.15 |

**Total Disbursements $**     46.60

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

March 21, 2014

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN
Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2377161

TNT - 0101061

For Services Rendered Through    February 28, 2014

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

March 21, 2014
Invoice # 2377161

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

Page 2

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02/07/14 | RESEARCH LAW RE ABILITY TO RECOVER ATTORNEY FEES AND COSTS VIA IDEA AND MOTION FOR SANCTIONS (AP. P. ROXO 2/7/14). | JKB | 2.9 | $ 377.00 |
| 02/07/14 | REVIEW JUDGE CARR'S ORDERS RE PREVIOUS MOTION AND REQUESTS FOR SANCTIONS AND DIRECTIVES RE RENEWING SAID MOTIONS AND REQUESTS (AP. P. ROXO 2/7/14). | JKB | 0.5 | $ 65.00 |
| 02/09/14 | RESEARCH CASE LAW TO SUPPORT MOTION FOR ATTORNEY FEES AND SANCTIONS (AP. P. ROXO 2/7/14) | JKB | 2.7 | $ 351.00 |
| 02/10/14 | PREPARE ASSESSMENT OF COURT'S DIRECTIVES ON OUR TWO REQUESTS FOR SANCTIONS AND AVAILABILITY OF ATTORNEY FEES. | JKB | 1.0 | $ 130.00 |
| 02/10/14 | RESEARCH CASE LAW TO SUPPORT MOTION FOR ATTORNEY FEES AND SANCTIONS (AP. P. ROXO 2/7/14) | JKB | 1.6 | $ 208.00 |
| 02/11/14 | REVIEW FEDERAL RULES OF PROCEDURE, RULES OF APPELLATE PROCEDURE, AND LOCAL RULES RE TIMING OF RENEWAL OF MOTION FOR SANCTIONS. | JKB | 0.4 | $ 52.00 |
| 02/11/14 | BEGIN TO COMPILE DOCUMENTS, LETTERS. ARTICLES TO SUPPORT MOTION FOR SANCTIONS/ATTORNEY FEES. | JKB | 0.4 | $ 52.00 |
| 02/11/14 | CONTINUE RESEARCHING CASE LAW RE IDEA'S FEE-SHIFTING STATUTE FOR INCORPORATION INTO MOTION FOR SANCTIONS/ATTORNEY FEES. (AP. P. ROXO 2/7/14) | JKB | 1.0 | $ 130.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

March 21, 2014
Invoice #  2377161

Page 3

TOLEDO BOARD OF EDUCATION

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | | Amount |
|------|------------------------|------|-------|---|--------|
| 02/12/14 | CONTINUE RESEARCHING CASE LAW RE IDEA'S FEE-SHIFTING STATUTE FOR INCORPORATION INTO MOTION FOR SANCTIONS/ATTORNEY FEES. (AP. P. ROXO 2/7/14) | JKB | 2.5 | $ | 325.00 |
| 02/12/14 | CONTINUE TO COMPILE DOCUMENTS, LETTERS, ARTICLES TO SUPPORT MOTION FOR SANCTIONS/ATTORNEY FEES. | JKB | 0.9 | $ | 117.00 |
| 02/13/14 | REVIEW CASE LAW AND POTENTIAL EVIDENCE IN SUPPORT OF MOTION FOR SANCTIONS | AMN | 1.4 | $ | 245.00 |
| 02/19/14 | DRAFT RENEWED MOTION AND REQUEST FOR SANCTIONS/ATTORNEY FEES. (AP. P. ROXO 2/7/14) | JKB | 1.4 | $ | 182.00 |
| 02/20/14 | PREPARE PORTIONS OF MOTION FOR SANCTIONS AND MEMORANDUM IN SUPPORT | AMN | 1.3 | $ | 227.50 |
| 02/27/14 | PREPARE PORTION OF REQUEST AND MOTION FOR SANCTIONS | AMN | 0.9 | $ | 157.50 |

Total Fees $

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|------------------------|---------------|---|--------|

# MARSHALL & MELHORN, LLC
## FOUR SEAGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

March 21, 2014
Invoice # 2377161

TOLEDO BOARD OF EDUCATION

Page 4

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|--------------------------|---------------|---|--------|
| | | | | |

**Total Disbursements $**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
### FOUR SEAGATE
### EIGHTH FLOOR
### TOLEDO, OHIO 43604

I.D. # 34-4418604

ACCOUNTING: 419-249-7188
FIRM: 419-249-7100

TERMS: NET 30 DAYS

April 15, 2014

TOLEDO BOARD OF EDUCATION
C/O CARMEN DAY, RISK MANAGER
THURGOOD MARSHALL ADMIN. BLDG.
MANHATTAN & ELM STREETS
TOLEDO, OH 43608

ID: T307600-00250000 - AMN

Re: HOREN, GLENN - USDC 3:12-CV-187

Invoice # 2377899

TNT - 0101061

For Services Rendered Through    March 31, 2014

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

April 15, 2014
Invoice # 2377899

TOLEDO BOARD OF EDUCATION
Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03/03/14 | FINALIZE RENEWED MOTION FOR SANCTIONS. | JKB | 0.2 | $ 26.00 |
| 03/03/14 | PREPARE PORTIONS OF REQUEST FOR SANCTIONS AND MEMORANDUM IN SUPPORT | AMN | 0.6 | $ 105.00 |
| 03/03/14 | FINALIZE AND FILE THE RENEWED MOTION FOR SANCTIONS. | KJC | 0.5 | $ 45.00 |
| 03/05/14 | RECEIPT AND REVIEW TWO MANDATE NOTICES FROM COURT OF APPEAL AND ATTACHMENTS THERETO | AMN | 0.3 | $ 52.50 |
| 03/17/14 | REVIEW OF THE HORENS' OPPOSITION TO THE BOE'S RENEWED MOTION FOR SANCTIONS. | KJC | 0.2 | $ 18.00 |
| 03/17/14 | REVIEW HORENS' OPPOSITION TO MOTION FOR SANCTIONS AND EXHIBITS THERETO | AMN | 0.4 | $ 70.00 |
| 03/18/14 | REVIEW PLAINTIFF'S OPPOSITION TO RENEWED REQUEST FOR SANCTIONS. | JKB | 0.3 | $ 39.00 |
| 03/18/14 | RESEARCH RE IMPOSITION OF SANCTIONS AND RULE 11. | JKB | 0.6 | $ 78.00 |
| 03/18/14 | DRAFTING PORTIONS OF REPLY BRIEF IN SUPPORT OF RENEWED REQUEST FOR SANCTIONS. | JKB | 2.4 | $ 312.00 |
| 03/19/14 | RESEARCH RE IMPOSITION OF SANCTIONS, RULE 11, AND RES JUDICATA FOR INCLUSION IN REPLY BRIEF IN SUPPORT OF RENEWED REQUEST FOR SANCTIONS. | JKB | 0.4 | $ 52.00 |
| 03/19/14 | DRAFTING PORTIONS OF REPLY BRIEF IN SUPPORT OF RENEWED REQUEST FOR SANCTIONS. | JKB | 1.6 | $ 208.00 |
| 03/20/14 | FINAL REVISIONS TO THE REPLY IN SUPPORT OF THE RENEWED MOTION FOR SANCTIONS AND FILE SAME WITH THE UNITED STATES DISTRICT COURT. | KJC | 0.6 | $ 54.00 |

LAW OFFICES OF

# MARSHALL & MELHORN, LLC
FOUR SEGATE
EIGHTH FLOOR
TOLEDO, OHIO 43604

I.D. # 34-4418604

TERMS: NET 30 DAYS

April 15, 2014
Invoice #  2377899

TOLEDO BOARD OF EDUCATION

Page 3

Re: HOREN, GLENN - USDC 3:12-CV-187
I.D. T307600-00250000 - AMN

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | Total Fees $ | | | 1,156.50 |

| Date | Disbursement Description | Task/Activity | $ | Amount |
|------|--------------------------|---------------|---|--------|

Total Disbursements $

4/28/2014 12:58:27 PM

Marshall & Melhorn, LLC
Draft for Work-In-Process Through 4/28/2014
Matter ID: T307600-00250000

Page 2

Draft Seq #    1

| Timekeeper | | | | | | | | To Bill Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|

### Billing Instructions

**On Hold**

| | Hours | Rate | Amount | Hours | Rate | Amount | Hours | | |
|---|---|---|---|---|---|---|---|---|---|

### Fee Detail

| Fee ID | Date | Atty | Task:Activity | Hours | Rate | Amount | Hold | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1080101 | 04/14/14 | AMN | L210-A104 | | | | | 0.30 | 175.00 | 52.50 |

REVIEW COURT ORDER GRANTING TPS'S MOTION FOR SANCTIONS AND RELATED DOCUMENTS

| 1080480 | 04/25/14 | AMN | L210-A103 | | | | | 3.20 | 175.00 | 560.00 |

PREPARE AFFIDAVIT AND STATEMENT OF REIMBURSABLE FEES AND COSTS AND REVIEW ALL RELEVANT
DOCUMENTS INCLUDING TIME RECORDS AND CERTAIN CASE DOCUMENTS

| 1080481 | 04/26/14 | AMN | L210-A103 | | | | | 1.90 | 175.00 | 332.50 |

REVISE AFFIDAVIT AND STATEMENT OF REIMBURSABLE FEES AND COSTS; REVIEW CERTAIN RELEVANT
DOCUMENTS INCLUDING TIME RECORDS

| 1080483 | 04/28/14 | AMN | L210-A103 | | | | | 2.80 | 175.00 | 490.00 |

FINALIZE AFFIDAVIT AND STATEMENT OF REIMBURSABLE FEES AND COSTS