Motion Denied for failure to comply with order dated  5/13/15.

So Ordered.

s/James G. Carr
Sr. U. S. District Court       **UNITED STATES DISTRICT COURT**

FILE

2015 MAR 12  AM 9: 50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## NORTHERN DISTRICT OF OHIO

**Glenn S. Horen**

**Civil Case No. 3:12CV187**

vs.

**Board of Education of the City of Toledo**
**Public School District, et.al.**


Now comes Attorney Hal D. Burke  and requests that the previous entry of appearance be

cancelled and the attached new entry of appearance on behalf of Defendant be  accepted.


Respectfully Submitted,

/S/
Hal D. Burke, Attorney