# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Glenn Horen,   Case No. 3:12CV187

    Plaintiff

    v.   **AMENDED JUDGMENT**

Board of Education of the City

  of Toledo Public School District,

    Defendant

In accordance with the order filed contemporaneously with this Judgment, it here hereby,

ORDERED THAT:

1. Defendant be, and hereby is awarded the amount of $25,101 as and for sanctions properly due to it pursuant to Fed. R. Civ. P. 11; and

2. The Clerk shall enter judgment in favor of the defendant and against the plaintiff accordingly.

So ordered.

                                                /s/ James G.Carr
                                                Sr. U.S. District Judge